UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MONTROSE, ) )     Plaintiff(s), ) )   v. ) ) GARY MOORE, ) )     Defendant(s). ) ) _____) | No. C-09-2146 BZ  **BRIEFING ORDER** |

Having received defendant Gary Moore's motion to quash service of process and to dismiss the complaint, **IT IS HEREBY ORDERED** as follows:

    1.  Plaintiff's opposition shall be filed by **September 25, 2009**; and

    2.  Defendant's reply, if any, shall be filed by **October 9, 2009;**

    3.  A hearing is scheduled for **November 4, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal

///

///

///

1

1 | Building, 450 Golden Gate Avenue, San Francisco, California
2 | 94102.
3 | Dated: September 14, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MONTROSE v. MOORE\Briefing Order.wpd

2