1  WILLIAM J. GOINES (SBN: 61290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California  94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  Email:  goinesw@gtlaw.com;
            rosenthalk@gtlaw.com;
6           hamiltonc@gtlaw.com

7  Attorneys for Defendant Gary Moore

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  RONNIE MONTROSE, an individual,          Case No.  CV-09-02146 BZ
                                                                    **AMENDED**
13                                           **APPLICATION AND [~~PROPOSED~~] ORDER
                Plaintiff;                   PERMITTING TELEPHONIC APPEARANCE
14                                           AT CASE MANAGEMENT CONFERENCE,
    v.                                       OR IN THE ALTERNATIVE, TO CONTINUE
15                                           THE CASE MANAGEMENT CONFERENCE**
    GARY MOORE, an individual,
16                                           Date:      October 5, 2009
                Defendant.                   Time:      4:00 p.m.
17                                           Dept.:     Courtroom G, 15th Fl.
                                                        450 Golden Gate Ave.
18                                                      San Francisco, CA
                                             Judge:     Hon. Mag. Judge Bernard Zimmerman
19

20

21       William J. Goines of Greenberg Trauirig, LLP ("Applicant") counsel of record for Defendant

22  Gary Moore hereby applies to this court for permission to appear telephonically at the Case

23  Management Conference scheduled in the above-entitled action on Monday, October 5, 2009 at 4:00

24  p.m., or, in the alternative, requests that this court reschedule the Case Management Conference to a

25  date subsequent to November 5, 2009, when this court will hear Defendant's Motion to Quash

26  Service of Summons and Dismiss for Lack of Personal Jurisdiction.

27  //

28

                                        - 1 -    APPLICATION AND [PROPOSED] ORDER TO APPEAR
                                          TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
                                                              CASE NO. CV-09-02146 GZ

*SV 346,448,989v1*

1     This application is made on the grounds that Applicant attempted to contact Laurence Lichter,

2  the new counsel for Plaintiff Ronnie Montrose, to discuss entering into a Stipulation to Continue

3  Case Management Conference, but has not yet received a return call.

4     Defendant's status as a party in this action is at issue with this court.  Plaintiff has just

5  obtained new counsel to represent him in these proceedings.  Neither party has filed a Case

6  Management Statement with regard to the upcoming October 5, 2009 Case Management Conference.

7  Until a determination has been made as to Defendant's pending motion with this court, no

8  meaningful discussion can be had between the parties as to case management or discovery-related

9  issues.  Applicant would like to avoid travel at the expense of our client to appear in person at the

10  Case Management Conference in this instance, and applies to the court for permission to appear

11  telephonically, either by a telephone call placed to Applicant by the court clerk at the time of the

12  hearing at (650) 289-7860; or approve a telephonic appearance to be placed through the services of

13  CourtCall.

14     Wherefore, Applicant requests that this court issue its Order permitting a telephonic

15  appearance by Applicant at the October 5, 2009 Case Management Conference; or, in the alternative,

16  that the court reschedule the Case Management Conference to a date subsequent to November 5,

17  2009.

18

19  Dated:  October 2, 2009.          GREENBERG TRAURIG, LLP

20

21              By:  /s/ *William J. Goines*
                 William J. Goines

22                 Karen Rosenthal
                 Cindy Hamilton

23             Attorneys for Defendant, Gary Moore

24

25

26

27

28

*SV 346,448,989v1*

1

2

**AMENDED**

**~~[PROPOSED]~~ ORDER**

3

IT IS HEREBY ORDERED ~~that William J. Goines, counsel for Defendant Gary Moore, is~~

4

~~hereby authorized~~ to appear telephonically at the Case Management Conference scheduled for

5

October 5, 2009 at 4:00 p.m.  ~~At the time the court is ready to hear the Case Management Conference~~

6

~~in the above-entitled matter, the Court Clerk will place a call to Mr. Goines at (650) 289-7860 [or,~~

7

~~Mr. Goines is permitted to schedule a telephonic appearance for the Case Management Conference~~

8

~~through the services of CourtCall]; or,~~ [the Case Management Conference is hereby continued to

9

<u>11/16/2009</u>____, 2009 at 4:00 p.m.]

10

Dated:__October 2, 2009____

11



_____
Honorable Bernard Zimmerman
Magistrate Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SV 346,448,989v1