UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MONTROSE, | |
| Plaintiff(s), | No. C09-2146 BZ |
| v. | |
| GARY MOORE, | **ORDER RE FAILURE TO COMPLY WITH LOCAL RULE 7-4(b)** |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that the opposition brief is stricken for failure to comply with the page limitation per Local Rule 7-4(b).  Plaintiff is **ORDERED** to file a substitute brief by Tuesday, Oct. 13, 2009.

Dated: October 8, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MONTROSE V. MOORE\ORDER RE FAILURE TO COMPLY W LOCAL RULE RE PAGE LIMIT.wpd

1