UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MONTROSE,<br><br>    Plaintiff(s),<br><br>    v.<br><br>GARY MOORE,<br><br>    Defendant(s). | No. C09-2146 BZ<br><br>**JUDGMENT** |

The motion to dismiss for lack of personal jurisdiction having been granted by order dated November 5, 2009, **IT IS HEREBY ORDERED** and **ADJUDGED** that the plaintiff take nothing, that the action be dismissed, and that the defendant recover of the plaintiff his costs of action.

Dated: November 5, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MONTROSE V. MOORE\JUDGMENT.wpd

1